HASSAN O.G. ALAMIN, Appellant, v SHAKE UDDIN et al., Respondents.

Decided October 21, 2014

Appeal, insofar as taken from the January 2014 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it is untimely (*see* CPLR 5513 [a]); appeal, insofar as taken from the May 2014 Appellate Division order, dismissed, without costs, by the Court of Ap-

peals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.